**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of __California__
                              (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**          Seton Medical Center Foundation

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**          9 4 – 2 8 2 4 0 3 3

4. **Debtor's address**

   **Principal place of business**

   1900 Sullivan Avenue
   Number      Street

   Daly City              CA      94015
   City              State      ZIP Code

   San Mateo County
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City              State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City              State      ZIP Code

5. **Debtor's website (URL)**          https://seton.verity.org

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

Debtor    Seton Medical Center Foundation _____    Case number (if known)_____
            Name

**7. Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☑ None of the above

   B. *Check all that apply:*

   ☑ Tax-exempt entity (as described in 26 U.S.C. § 501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
      http://www.naics.com/search/ .

      ___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ☑ Chapter 11. *Check all that apply:*

      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

   ☑ No

   ☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY

           District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

   ☐ No

   ☑ Yes.  Debtor  See attached list. _____  Relationship _____

        District _____  When _____
                                        MM / DD / YYYY

        Case number, if known _____

Debtor    Seton Medical Center Foundation
_____    Case number (if known)_____
        Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                  State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| **Statistical and administrative information** |
| --- |

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49        ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99       ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

Debtor   Seton Medical Center Foundation                          Case number (if known)_____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,000-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | ☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | ☐ I have been authorized to file this petition on behalf of the debtor. |
| | ☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/31/2018
              MM / DD / YYYY

✗ _____          Richard Adcock
Signature of authorized representative of debtor   Printed name

Title   Chief Executive Officer

| 18. Signature of attorney | ✗ _____ | Date   08/31/2018 |
|---|---|---|
| | Signature of attorney for debtor | MM / DD / YYYY |

Samuel R. Maizel
Printed name

Dentons US LLP
Firm name

601 South Figueroa Street, Suite 2500
Number        Street

Los Angeles                                    CA        90017-5704
City                                          State      ZIP Code

(213) 623-9300                                samuel.maizel@dentons.com
Contact phone                                 Email address

189301                                        CA
Bar number                                    State

Debtor  Seton Medical Center Foundation _____ Case number (if known) _____
        Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

Central District of California _____

Case number (if known) _____    Chapter    11

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | O'Connor Hospital | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |
| Debtor | O'Connor Hospital Foundation | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |
| Debtor | Saint Louise Regional Hospital | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |
| Debtor | Saint Louise Regional Hospital Foundation | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |
| Debtor | St. Francis Medical Center | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |
| Debtor | St. Francis Medical Center of Lynwood Foundation | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |
| Debtor | St. Vincent Medical Center | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |
| Debtor | St. Vincent Foundation | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |
| Debtor | St. Vincent Dialysis Center, Inc. | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |
| Debtor | Seton Medical Center | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |
| Debtor | Verity Health Systems of California, Inc. | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |
| Debtor | Verity Business Services | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |
| Debtor | Verity Medical Foundation | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |
| Debtor | DePaul Ventures, LLC | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |
| Debtor | DePaul Ventures - San Jose, ASC, LLC | Relationship to you | Affiliate |
| District | Central District of California | When | Case number, if known |

| Debtor | Seton Medical Center Foundation | Case number *(if known)* |
|---|---|---|
| | **Name** | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number *(if known)* _____  Chapter  **11** _____

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment - Continued</u>

| Debtor | Verity Holdings, LLC | | Relationship to you | | Affiliate |
|---|---|---|---|---|---|
| District | Central District of California | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Samuel R. Maizel (Bar No. 189301)<br>samuel.maizel@dentons.com<br>John A. Moe, II (Bar No. 066893)<br>john.moe@dentons.com<br>Tania M. Moyron (Bar No. 235736)<br>tania.moyron@dentons.com<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>Tel.: (213) 623-9300 / Fax: (213) 623-9924 | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Seton Medical Center Foundation | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11**<br><br>*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]* |
| Debtor(s). | |

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is N/A _____.

2. The following financial data is the latest available information and refers to the debtor's condition on June 30, 2018 .

   a. Total assets $ 5,826,073.00 _____

   b. Total debts (including debts listed in 2.c., below) $ 977,959.00 _____

   c. Debt securities held by more than 500 holders

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| ☐ secured ☐ unsecured ☐ subordinated | | | $ | |
| ☐ secured ☐ unsecured ☐ subordinated | | | $ | |
| ☐ secured ☐ unsecured ☐ subordinated | | | $ | |
| ☐ secured ☐ unsecured ☐ subordinated | | | $ | |
| ☐ secured ☐ unsecured ☐ subordinated | | | $ | |

   d. Number of shares of preferred stock _____

   e. Number of shares of common stock _____

   Comments, if any:

3. Brief description of the Debtor's business: N/A

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:

   N/A

**Official Form 201A**

<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name   <u>Seton Medical Center Foundation</u>

United States Bankruptcy Court for the: <u>Central</u>    District of  <u>California</u>
                                                                    (State)

Case number (If known):    _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>08/31/2018</u>          **X** _____
              MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        Richard Adcock
                                        Printed name

                                        Chief Executive Officer
                                        Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name  **Seton Medical Center Foundation**

United States Bankruptcy Court for the:  **Central** _____ District of  **California** ___
 (State)

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Consolidated Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | Waheed Wahidi, et al | Law office of Kevin T Barnes 1635 Pontius Avenue 2nd Floor Los Angeles, CA 90025 Attn: Kevin T Barnes Tel: (323) 549-9100 Email: barnes@kbarnes.com | Litigation | Contingent & Disputed | | | $150,000,000 |
| 2. | Verity Health System Retirement Plan A | John Hancock Retirement Plan Services 690 Canton Street Westwood, MA 02090 Attn: Dawn Florio Tel: (781) 619-2249 Email: dflorio@jhancock.com | Pension | Contingent & Disputed | | | $102,100,000 |
| 3. | Retirement Plan For Hospital Employees | Board of Trustees Retirement Plan For Hospital Employees Retirement Plan Office P.O. Box 2949 San Francisco, CA 94126-2949 Attn: Larry Reid Tel: (415) 352-1080 Email: larry@rpo-sf.com | Pension | Contingent & Disputed | | | $43,300,000 |
| 4. | Department of Health Care Services (DHCS) | Department of Health Care Services Mail Stop 1101 1501 Capital Avenue Suite 71.2048 Sacramento, CA 95814-5005 Attn: Brian Clausse Emal: Brian.Clausse@dhcs.ca.gov | Due to Government | | | | $30,066,431 |

Debtor:  Seton Medical Center Foundation
         Name                                                    Case number (if known) _____

| | | | | | | |
|---|---|---|---|---|---|---|
| 5. | Aetna Life Insurance Company | Aetna Legal Department<br>1425 Union Meeting Rd.<br>Blue Bell, PA 19422<br>Attn: Paul Weller<br>Tel: (215) 775-0788<br>Email: PDWELLER@AETNA.COM | Guarantee | Contingent & Unliquidated | | $14,533,333 |
| 6. | Ivonne Engelman | One Wilshire Blvd<br>Suite 2200<br>Los Angeles, CA 90017<br>Attn: Renee L. Campbell<br>Tel: (310) 732-0658<br>Email: reneecampbell.law@gmail.com | Litigation | Contingent & Disputed | | $12,000,000 |
| 7. | Iris Lara, Tanya Lara, Jarmaine Jonhs | Capstone Law APC<br>1875 Century Park East<br>Suite 1000<br>Los Angeles, CA 90067<br>Attn: Jordan Lurie<br>      Tarek Zohdy<br>Tel: (310) 556-4811<br>Email: Jordan.Lurie@capstonelawyers.com<br><br>and<br><br>Mahoney Law Group<br>249 E. Ocean Blvd<br>Suite 814<br>Long Beach, CA 90802<br>Attn: Kevin Mahoney<br>      Treana Allen - Mahoney<br>Tel: (562) 590-8400<br>Email: kmahoney@mahoney-law.net | Litigation | Contingent & Disputed | | $5,000,00 |
| 8. | Josefina Robles | 2600 Michelson Drive<br>Suite 1700<br>Irvine, CA 92612<br>Attn: Yolanda M. Medina<br>Tel: (949) 852-3750<br>Email: ymedina@actslaw.com | Litigation | Contingent & Disputed | | $4,000,000 |
| 9. | Diane Nguyen | Otkupman Law Firm<br>28632 Roadside Dr.<br>Suite 203<br>Agoura Hills, CA 91301<br>Attn:  Roman Otkupman<br>Tel: (818) 293-5623<br>Email: roman@OLFLA.com | Litigation | Contingent & Disputed | | $3,500,000 |
| 10. | Allscripts Healthcare LLC | 305 Church at North Hill St.<br>Raleigh, NC 27609<br>Attn: John Sage<br>Tel: (919) 800-5692<br>Email: John.Sage@allscripts.com | Trade Claim | | | $3,372,586 |
| 11. | Medline Industries, Inc. | Three Lakes Drive<br>Northfield, IL 60093<br>Attn: Mike Ogden<br>Tel: (760) 815-7052<br>Email: mogden@medline.com | Trade Claim | | | $3,124,756 |
| 12. | Sodexo<br>(Biomed Services) | C/O Hunton Andrews Kurth<br>50 California Street<br>STE 1700 San Francisco, CA 94111<br>Attn: Susan Joo<br>Tel: (415) 975-3700<br>Email: sjoo@huntonak.com | Trade Claim | Contingent & Unliquidated & Disputed | | $3,081,902 |

Debtor:  Seton Medical Center Foundation                              Case number (*if known*) _____
         Name

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13. | Heritage Provider Network (Regal Medical Group) | 8510 Balboa Blvd Suite 150 Northridge, CA 91325 Attn: Lloyd Wilensky Tel: (818) 654-3405 Email: lwilensky@heritagemed.com | Risk Sharing Liability | Contingent Unliquidated and Disputed | | | $2,600,000 |
| 14. | Premier Healthcare Solutions, Inc. | 5882 Collections Center Drive Chicago, IL 60693 Attn: Mike Morrelli Tel: (503) 314-0203 Email: mike_morrelli@premierinc.com | Trade Claim | Disputed | | | $2,475,726 |
| 15. | Mckesson Corporation | PO Box 98347 Chicago, IL 60693-8347 Attn: Tonoa Jordan Tel: (404) 338-2654 Email: tonoa.jordan@mckesson.com | Trade Claim | | | | $2,094,790 |
| 16. | Centers for Medicare & Medicaid Services | U.S. Centers for Medicare & Medicaid Services 7500 Security Boulevard Baltimore, MD 21244 Attn: CMS Baltimore Headquarters Tel: (877) 267-2323 Email: ROSFOMCD@cms.hhs.gov | Due to the Government | Contingent Unliquidated and Disputed | | | $1,933,113 |
| 17. | Zimmer USA | 310 Interlocken Parkway Suite 120 Broomfield, CO 80021 Attn: Bart Hess Tel: (303) 443-7500 Email: bart.hess@zimmerbiomet.com | Trade Claim | | | | $1,698,993 |
| 18. | Microsoft Licensing Gp | C/O BofA 1950 N Stemmons Fwy #5010 LB #842467 Dallas, TX 75207 Attn: Jason Baxley Tel: (469) 775-3359 Email: jason.baxley@microsoft.com | Trade Claim | | | | $1,682,110 |
| 19. | Medtronic USA Inc | 710 Medtronic Pkwy NE Minneapolis, MN 55432-5604 Attn: Samir Choksi Tel: (801) 209-2733 Email: samir.choksi@medtronic.com | Trade Claim | | | | $1,624,438 |
| 20. | Anthem Blue Cross | 21555 Oxnard Street 8th Floor Woodland Hills, CA 91367/ Atth: Nicole Brown Tel: (818) 234-8088 Email: nicole.brown@anthem.com  and  2121 North California Blvd. 7th Floor Los Angeles, CA 94596 Attn: Frank Bird, VP Tel: (714) 713-2740 Email: frank.bird@anthem.com | Trade Claim | Contingent Unliquidated and disputed | | | $1,467,808 |

Debtor: <u>Seton Medical Center Foundation</u>          Case number (*if known*) _____
Name

| 21. | Workday, Inc. | 6230 Stoneridge Mall Road<br>Pleasanton, CA 94588<br>Attn: Mark Overfelt<br>Tel: (385) 258-2479<br>Email: mark.overfelt@workday.com | Trade Claim | | | | $1,436,199 |
|---|---|---|---|---|---|---|---|
| 22. | Boston Scientific | 47201 Lakeview Blvd<br>Fremont, CA 94537-5120<br>Attn: Mykkia Cameron<br>Tel: (614) 327-9656<br>Email: mykkia.cameron@bsci.com | Trade Claim | | | | $1,354,802 |
| 23. | Stryker Corporation | Stryker Global Headquarters<br>2825 Airview Boulevard<br>Kalamazoo, MI 49002<br>Attn: Rick Kalinowski<br>Tel: (602) 284-5832<br>Email: richard.kalinowski@stryker.com | Trade Claim | | | | $1,325,684 |
| 24. | Stationary Engineers Local 39 Trust - Defined Benefit Plan | PO Box 1737<br>San Ramon, CA 94583<br><br>and<br><br>7180 Koll Center Parkway<br>Suite 200<br>Pleasanton, CA 94566<br>Attn: Mark Gong<br>Tel: (916) 928-0399 | Pension | Contingent & Unliquidated | | | $1,297,966 |
| 25. | Cardinal Health | 7000 Cardinal Place<br>Dublin, OH 43017<br>Attn: Jeff Reid<br>Tel: (940) 222-1424<br>Email: jeff.reid@cardinalhealth.com | Trade Claim | | | | $1,234,898 |
| 26. | St. Vincent Independent Physicians Association | C/O Carlton Fields Jordan Burt, LLP<br>2000 Avenue of the Stars<br>Suite 530 North Tower<br>Los Angeles, CA 90067<br>Attn: Makr Neubauer<br>Tel: (310) 843-6300<br>Email: mneubauer@carltonfields.com<br>ljohnson@stvincentipa.com | Litigation | Contingent & Unliquidated & Disputed | | | $1,228,516 |
| 27. | Swinerton Builders | 2880 Lakeside Drive<br>Suite 300<br>Santa Clara, CA 95054<br>Attn: Chris Morris<br>Tel: (408) 567-9755<br>Email: cmorris@swinerton.com | Trade Claim | | | | $978,269 |
| 28. | United Healthcare | UnitedHealthcare Customer Service<br>PO Box 29675<br>Hot Springs, AR 71903-9802<br>Attn: Luz Cabral<br>Tel: (714) 226-6620<br>Email: LUZ.CABRAL@UHC.COM | Trade Claim | Contingent & Unliquidated & Disputed | | | $952,289 |
| 29. | Depuy Synthes | 4500 Riverside Drive<br>Palm Beach Gardens, FL 33410<br>Attn: Patty Pagett<br>Nathan Turk<br>Brendon Smith<br>Tel: (800) 551-0235<br>(323) 578-1629<br>Email: bsmith55@its.jnj.com | Trade Claim | | | | $939,137 |

Debtor: __Seton Medical Center Foundation_____    Case number (*if known*) _____
Name

| No. | Creditor | Address | Claim type | Contingency | | | Amount |
|-----|----------|---------|------------|-------------|---|---|--------|
| 30. | Applecare Medical Management, LLC | 18 Centerpointe Drive<br>La Palma, CA 90623<br>Attn: Richard Greene CFO<br>Tel: (714) 452-5047<br>Email: richard.greene@applecaremedical.com | Risk Sharing Liability | Contingent & Unliquidated & Disputed | | | $893,000 |
| 31. | Los Angeles County Tax Collector | 500 W Temple Street<br>Los Angeles, CA 90012<br>Email: info@ttc.lacounty.gov | Property Taxes | | | | $866,853 |
| 32. | Blue Shield | 3300 Zinfandel Drive<br>Rancho Cordova, CA 95670<br>Attn: Tracy Barnes<br>Tel: (916) 841-0540<br>Email: tracy.barnes@blueshieldca.com | Trade Claim | Contingent & Unliquidated & Disputed | | | $807,013 |
| 33. | CDW Government Inc. | 75 Remittance Dr<br>Suite1515<br>Chicago, IL 60675<br>Attn: Matt Digate<br>Tel: (877) 837-6681<br>Email: mattdig@cdw.com | Trade Claim | | | | $742,871 |
| 34. | Stanford Hospital and Clinics | 300 Pasteur Drive<br>MC 5540<br>Stanford, CA 94305<br>Attn: Hoi Yeung<br>Tel: (650) 723-8502<br>Email: hyeung@stanfordhealthcare.org | Trade Claim | | | | $666,677 |
| 35. | Care 1st Health Plan | 601 Potero Grande Dr.<br>Monterey Park, CA 91755<br>Attn: Delores Olague<br>Tel: (323) 889-6638<br>Email: dolague@care1st.com | Trade Claim | Contingent, Unliquidated and Disputed | | | $663,085 |
| 36. | Rightsourcing Inc. | RightSourcing Headquarters<br>9 Executive Circle<br>Ste 290 Irvine, CA 92614<br>Attn: Christie Hayes - On Site Program Manager<br>Tel: (310) 900-8822<br>Email: christiehayes@veriy.org | Trade Claim | | | | $644,582 |
| 37. | Eos Healthcare | 700 Longwater Drive<br>Norwell, MA 2061<br>Attn: Tod Dillon<br>Tel: (781) 753-4342<br>Email: Tod.Dillon@eos-usa.com | Trade Claim | | | | $621,575 |
| 38. | Smith Nephew Inc. | P.O. Box 933782<br>Atlanta, GA 31193-3782<br>Attn" Keith Salaya<br>Tel: (949) 636-5428<br>Email: keith.salaya@smith-nephew.com | Trade Claim | | | | $580,003 |
| 39. | American Red Cross | P.O. Box 73563<br>Chicago, IL 60673-7563<br>Attn: Michael Gregory<br>Tel: 510-594-5123<br>Email: michael.gregory@redcross.org | Trade Claim | | | | $579,473 |
| 40. | Compspec | 425 E Colorado<br>Blve #410<br>Glendale, CA 91205<br>Attn: Shellie Murph-Miller<br>Tel: (818) 530-8533<br>Email: SMurph@compspec.com<br>Bhdadd@compspec.com | Trade Claim | | | | $554,534 |

Debtor:  Seton Medical Center Foundation                                                Case number (*if known*) _____
         Name

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 41. | Sports, Orthopedic & Rehabilitation Associates | 500 Arguello St<br>Suite 100<br>Redwood City, CA 94068<br>Attn: Customer support<br>Tel: (650) 851-4900<br>Email: rchandra@soarspine.com | Trade Claim | | | | $506,000 |
| 42. | Ftg Builders Inc | 2975 Scott Blvd.<br>Suite 100<br>Santa Clara, CA 95054<br>Attn: Rodney Terra, Jr.<br>Tel: (669) 231-0023<br>Email: rodney@ftgbuilders.com | Trade Claim | | | | $458,634 |
| 43. | Johnson & Johnson Health Care Systems, Inc. | 425 Hoes Lane<br>Piscataway, NJ 08854<br>Attn: Vickey Corbett<br>Tel: (732) 699-5728<br>      (800) 554-7899<br>Email: Vcorbett@its.jnj.com | Trade Claim | | | | $419,294 |
| 44. | Cochlear Americas | Cochlear Corporation<br>400 Inverness Dr. South<br>Suite 400<br>Englewood, CO 80112<br>Attn: Brooke Phillips<br>Tel: (303) 790-9010<br>Email: bphillips@cochlear.com | Trade Claim | | | | $407,351 |
| 45. | Mike Fayfel | 1180 South Beverly Drive Suite 610<br>Los Angeles, CA 90035<br>Attn: Craig Ackerman<br>      Tilajef Ackerman<br>Tel: (310) 277-0635<br>Email: sv@ackermantilajef.com | Litigation | Contingent & Disputed | | | $390,000 |
| 46. | Touchpoint Support Services | 400 Northridge Road<br>Sandy Springs, GA 30350<br>Attn: Todd Head<br>Tel: (972) 333-1449<br>Email: THead@iamtouchpoint.com | Litigation | | | | $376,508 |
| 47. | Abbott Laboratories Formerly St Jude | 3200 Lakeside Drive<br>Santa Clara, CA 95054<br>Attn: Karen Davidson<br>Tel: (415) 652-1374<br>Email: karen.davidson@av.abbott.com | Trade Claim | | | | $363,584 |
| 48. | Baxter Healthcare | 1 Baxter Parkwa<br>Deerfield, Il 60015<br>Attn: Paige Stube<br>Tel: (503) 267-8317<br>Email: paige_lio@baxter.com | Trade Claim | | | | $346,834 |
| 49. | Uhs Universal Hospital Services Inc | 6625 West 78th Street<br>Suite 300<br>Minneapolis, MN 55439<br>Tel: (952) 893-3200<br>      (510) 785-3604<br>      (818) 847-9180 | Trade Claim | | | | $310,308 |
| 50. | Pension Benefit Guaranty Corporation | Office of the General Counsel<br>1200 K Street, NW<br>Washington, DC 20005<br>Attn: Judith Starr<br>Tel: (202) 326-4000<br>Email: starr.judith@pbgc.gov | Pension | Contingent, unliquidated and disputed. | | | Unknown |

108889252\V-1

## RESOLUTIONS OF THE BOARD OF TRUSTEES
### OF
## SETON MEDICAL CENTER FOUNDATION

The board of trustees (the "Board") of Seton Medical Center Foundation (the "Company"), adopted the following resolutions on August 30, 2018:

**A.    Chapter 11 Case**:

WHEREAS, the Board of the Company has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's services, and the current and long-term liabilities of the Company; and

WHEREAS, the Board has reviewed, considered, and received the recommendations of the senior management of the Company, including the recommendations of the Chair and Vice Chair of the Board to file a chapter 11 of the Company, and the Company's professionals and advisors as to the terms of the proposed restructuring to be implemented during the course of a chapter 11 case of the Company.

WHEREAS, SETON Medical Center, as the sole member of the corporation, has authorized Seton Medical Center Foundation to take the actions set forth in these Resolutions.

NOW, THEREFORE, BE IT RESOLVED:  That in the judgment of the Board, it is necessary, advisable and in the best interests of this Company, having considered the interests of creditors and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

BE IT FURTHER RESOLVED, that the Chief Executive Officer for Verity Health System of California, Inc. ("Verity"), Richard Adcock, and/or the Chief Financial Officer for Verity, Anita Chou, in their own discretion be, and each hereby is, authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Officer deems necessary and proper in connection with the Company's bankruptcy case;

BE IT FURTHER RESOLVED, that the Company be, and it hereby is, authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as it, in its discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

1

BE IT FURTHER RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

## CERTIFICATE

The Secretary of Seton Medical Center Foundation (the "Company"), hereby certifies as follows:

1.     The Secretary is familiar with the facts herein certified and is duly authorized to certify same on behalf of the Company.

2.     Attached hereto is a true, complete and correct copy of the Resolutions of the Board of Directors of the Company.

3.     Such Resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this Certificate as of the 30th day of August, 2018.

AVÉ BELTSAM
SECRETARY

3

108502882\V-1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Samuel R. Maizel (Bar No. 189301)<br>samuel.maizel@dentons.com<br>John A. Moe, II (Bar No. 066893)<br>john.moe@dentons.com<br>Tania M. Moyron (Bar No. 235736)<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>Tel.: (213) 623-9300 / (213) 623-9924<br>Proposed Attorneys for the Chapter 11 Debtors and<br>Debtors in Possession<br><br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Seton Medical Center Foundation<br><br><div align="right">Debtor(s).</div> | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br><div align="right">Plaintiff(s),</div> | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4** |
| <br><div align="right">Defendant(s).</div> | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)*  Richard Adcock_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 1                  **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒  I am the president or other officer or an authorized agent of the Debtor corporation

    ☐  I am a party to an adversary proceeding

    ☐  I am a party to a contested matter

    ☐  I am the attorney for the Debtor corporation

2.a.  ☐  The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

[For additional names, attach an addendum to this form.]

b.  ☒  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  08/31/2018                          By:  _____

                                                  Signature of Debtor, or attorney for Debtor

                                           Name:  Richard Adcock _____

                                                  Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None.
   _____

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None.
   _____

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None.
   _____

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None.
   _____

I declare, under penalty of perjury, that the foregoing is true and correct.


Executed at _Los Angeles_____ , California

_____
Signature of Debtor

Date:  _08/31/2018_____

_____
Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                        F 1015-2.1.STMT.RELATED.CASES

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Samuel R. Maizel (Bar No. 189301)<br>samuel.maizel@dentons.com<br>John A. Moe, II (Bar No. 066893)<br>john.moe@dentons.com<br>Tania M. Moyron (Bar No. 235736)<br>tania.moyron@dentons.com<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>Tel.: (213) 623-9300 / Fax: (213) 623-9924<br><br>Proposed Attorneys for the Chapter 11 Debtors and Debtors in Possession<br><br>☐ *Debtor(s) appearing without attorney*<br>☐ *Attorney for Debtor* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Seton Medical Center Foundation<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of *2781* sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  08/31/2018  _____

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date:  08/31/2018  _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                F 1007-1.MAILING.LIST.VERIFICATION